UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA MILES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF (SHERIFF'S DEPT. JAIL) CORRECTIONAL OFFICERS SHAWNA PATTERSON, et al.<br><br>　　　　Defendant. | No. 2:15-cv-2391 TLN AC<br><br><br>ORDER |

　　　Plaintiff, who is represented by counsel, has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis ("IFP"). ECF No. 3. The district judge presiding over this matter referred the IFP request to the undersigned pursuant to Local Rule 302(a).

　　　Plaintiff has submitted the affidavit required by § 1915(a) showing that she is unable to prepay fees and costs or give security for them. ECF No. 3.

　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's application to proceed in forma pauperis (ECF No. 3), is GRANTED.

DATED: April 11, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE