UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA MILES, | No. 2:15-cv-02391-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| LASSEN COUNTY, et al., | |
| Defendants. | |

Plaintiff Georgia Miles ("Plaintiff") commenced this action on November 17, 2015. (Compl., ECF No. 1.) On August 8, 2016, the Court issued an Order to Show Cause as to why the complaint should not be dismissed for failure to prosecute the case due to Plaintiff's failure to complete service of process on Defendants. (ECF No. 8.) Counsel for Plaintiff filed a response to the Order to Show Cause explaining that Counsel would like to withdraw from the case. (ECF No. 9.) The Court issued a minute order asking Counsel to file a motion to withdraw within 30 days. (ECF No. 10.) The Court has reviewed Counsel's motion and hereby GRANTS the motion to withdraw (ECF No. 11) and VACATES the motion hearing set for November 17, 2016. The Court ORDERS Counsel to attempt to serve Plaintiff with a copy of this Order and provide the Court with a current address for Plaintiff within fourteen (14) days of this order.

Dated: November 2, 2016

Troy L. Nunley
United States District Judge

1